## Hanna R. Kolberg

**From:** Kristine Martinsek <krism1325@sbcglobal.net>
**Sent:** Thursday, March 26, 2026 12:16 PM
**To:** Bob Connolly
**Cc:** Jennifer O'Hear; Brandon Pinion
**Subject:** [EXT] Re: Time to Meet

I pm is fine but could we meet at Anodyne in Walkers Point (Bruce St). Instead?

Sent from AT&T Yahoo Mail for iPhone

On Thursday, March 26, 2026, 8:49 AM, Bob Connolly <bconnolly@jamescompany.com> wrote:

> 1:00 PM on the 30th at the Plaza hotel cafe - State and Cass would work well. Can you do that?
>
> Bob
> Bob Connolly
> Common Ground/The James Company
> bconnolly@jamescompany.com
> 414-491-5910
>
> On Mar 25, 2026, at 6:49 PM, Bob Connolly <bconnolly@jamescompany.com> wrote:
>
> I/we can meet next Monday, the 30th at the Plaza hotel Cafe on State and Cass.
>
> Would that work?
>
> Bob
> Bob Connolly
> Common Ground/The James Company
> bconnolly@jamescompany.com
> 414-491-5910
>
> On Mar 25, 2026, at 5:50 PM, Kristine Martinsek <krism1325@sbcglobal.net> wrote:
>
> Okay. Mondays and Thursdays work best for me. Where would you like to meet.
>
> Sent from AT&T Yahoo Mail for iPhone
>
> On Tuesday, March 24, 2026, 2:34 PM, Bob Connolly <bconnolly@jamescompany.com> wrote:

Kris,

I am a volunteer leader with Common Ground (www.commongroundwi.org) We have received a whistle blower letter and have begun an investigation of the management of the MMSD waste water facilities by Veolia. A couple of us would like to meet with you in person to brief you on our findings to date. We can do that within the next few weeks.

Thank you,

Bob Connolly
Common Ground/The James Company
bconnolly@jamescompany.com
414-491-5910