**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**VEOLIA WATER MILWAUKEE, LLC,**

Plaintiff,

v. Case No. 2:26-cv-1660

**MILWAUKEE METROPOLITAN SEWERAGE DISTRICT,**

Defendant.

---

# DECLARATION OF HANNA R. KOLBERG

---

Pursuant to 28 U.S.C. § 1746, I, Hanna Kolberg, hereby declare the following to be true under penalty of perjury:

1. I am an attorney representing Veolia Water Milwaukee, LLC in the above captioned matter.

2. Pursuant to Fed. R. Civ. Pro. 65, on September 11, 2026, I provided written notice via email to Attorney Katherine Lazarski, Director of Legal Services for the Milwaukee Metropolitan Sewerage District, of the filings in this matter, including the Complaint, Emergency Motion for Temporary Restraining Order and Temporary Injunction, Memorandum of Law in Support of Emergency Motion for Temporary Restraining Order and Temporary Injunction and the Declaration of Joseph A. Tackett with accompanying exhibits.

3. I also provided Attorney Lazarski with written notice via email of the September 14, 2026 hearing at 10 am before Judge Brett H. Ludwig and the Court's order that I provide such notice.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 11th day of September, 2026.

s/ Hanna Kolberg
Hanna Kolberg